1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DRAI'S, LLC, a Nevada limited liability company; DRAI'S MANAGEMENT GROUP, LLC, a Nevada limited liability company; and DRAI'S AFTERHOURS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN M. CRAIG, an individual; and DOES 1 through 5, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00481-RFB-GWF<br><br>[Clark County Case No. A-16-731965-B; Dept. XXV]<br><br><br>**ORDER STAYING PROCEEDINGS PENDING MEDIATION** |
| RYAN M. CRAIG, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>DRAI'S LLC, a y company; DRAI'S MANAGEMENT GROUP, LLC, a Nevada limited liability company; and DRAI'S AFTERHOURS, LLC, a Nevada limited liability company,; DOES I through V; and ROE ENTITIES VI through X, inclusive,<br><br>Counterdefendants. | |

The parties having stipulated thereto, **IT IS HEREBY ORDERED** that the proceedings in this matter be stayed until June 1, 2016, to allow the parties time to participate in mediation.

/ / /

/ / /

**IT IS FURTHER ORDERED** that should Plaintiffs/Counterdefendants timely file a motion to remand, the fourteen (14) day response period for Defendant/Counterclaimant's deadline to respond to this motion shall not commence until the stay has been lifted.

**IT IS FURTHER ORDERED** that all oustanding motions shall be **DISMISSED WITHOUT PREJUDICE** with leave to amend/refile should the case not resolve.

DATED this 6th day of April, 2016.

_____
**RICHARD F. BOULWARE, II**
United States District Judge